ROBERT P. ANDRIS (SBN 130290)
LAEL D. ANDARA (SBN 215416)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: randris@rmkb.com
landara@rmkb.com

Attorneys for Plaintiff
SUPER MICRO COMPUTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUPER MICRO COMPUTER, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PHILLIP M. ADAMS & ASSOCIATES, LLC, a Utah limited liability corporation; AFTG-TG LLC, a Utah limited liability company, and PHILLIP M. ADAMS, an individual,<br><br>Defendants. | CASE NO. CV-11-00978-EDL<br><br>**[PROPOSED]**<br><br>**STIPULATED ORDER OF DISMISSAL BETWEEN ADAMS AND SUPER MICRO COMPUTER, INC.**<br><br>Hon. Elizabeth D. Laporte |

Plaintiff Super Micro Computer, Inc. ("SM"), on the one hand, and Defendants AFTG-TG, L.L.C., Phillips M. Adams & Associates, LLC, and Phillip M. Adams, an individual, (collectively "ADAMS"), on the other hand, through their respective counsel of record, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and (c) that all claims and counterclaims between and among ADAMS and SM shall be dismissed in their entirety with prejudice with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: __July 25, 2011_____              _____
                                          HON. Elizabeth D. Laporte
                                          United States District Judge

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

RC1/5958021.1/SM11                    - 1 -                    STIPULATED ORDER OF DISMISSAL — SUPER MICRO, INC.
                                                               CASE NO. CV-11-00978

1 | Dated: July 18, 2011

By: /s/ Ezekiel R. Dumke IV

Quinn Dumke LLC
Ezekiel R. Dumke IV
2150 S. 1300 E., Ste. 500
Salt Lake City, UT 84106
(801) 990-2776

Attorneys for Defendant AFTG-TG, L.L.C.
Phillip M. Adams & Associates, LLC, and
Phillip M. Adams

9 | Dated: July 8, 2011

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
ROBERT P. ANDRIS
LAEL D. ANDARA
Attorneys for Plaintiff
SUPER MICRO COMPUTER, INC.

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RC1/5958021.1/SM11 - 2 -

STIPULATED ORDER OF DISMISSAL BETWEEN
ADAMS AND SUPER MICRO, INC
CASE NO. CV-11-0978